UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABRAM BANKS (#206265)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

CIVIL ACTION

NO. 10-0560-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Court declines to exercise supplemental jurisdiction over the plaintiff's state laws claims, that the plaintiff's claim asserted against the Louisiana Department of Public Safety and Corrections shall be dismissed based upon Eleventh Amendment immunity, and that the defendants' Motion to Dismiss[1], shall be granted, dismissing the plaintiff's claims asserted against the defendants, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 26, 2011.

*[signature]*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 18.

Doc#47237